**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ETHEL L. WASHINGTON, | Case No. 2:14-CV-01552-APG-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| SOCIAL SECURITY ADMINISTRATION, | (Dkt. #4) |
| Defendant. | |

On February 11, 2015, Magistrate Judge Leen issued a Report & Recommendation recommending I dismiss the complaint because the plaintiff was directed to file an amended complaint on or before February 5, 2015 but the plaintiff did not do so. I conducted a de novo review of the issues set forth in the Report & Recommendation. 28 U.S.C. § 636(b)(1). Judge Leen's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #4) is adopted. The plaintiff's complaint is dismissed and the clerk of court is directed to close this case.

DATED this 13th day of April, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE